UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY ALBERT NICHOLS, JR., #734845,

      Petitioner,

                                                  CASE NO. 2:24-CV-10543
v.                                            HON. NANCY G. EDMUNDS

JOHN DAVIS,

      Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Nancy G. Edmunds, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

                                                    /s/Nancy G. Edmunds_____
                                                    NANCY G. EDMUNDS
                                                    United States District Judge

Dated: May 13, 2024